# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

**Yeimy Valdez**

v.                                                    Case No. 26-cv-323-PB-AJ

**Christopher Brackett, Superintendent,**
**Strafford County Department of Corrections, et al.**

## ORDER

After the government notified the Court that Yeimy Valdez received the bond hearing she sought on May 5, 2026, <u>see</u> Doc. 5, I ordered Valdez to show cause within seven days why her petition should not be dismissed. Doc. 6. Valdez has not responded to that order to date, so the government's motion to dismiss her petition is granted.

The clerk shall enter judgment accordingly and close the case.

SO ORDERED.

/s/  Paul Barbadoro
Paul J. Barbadoro
United States District Judge

May 13, 2026

cc:    Counsel of Record